# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0666. THE CORPS TRAINING GROUP, INC. et al v. FISHER & PHILLIPS, LLP

This direct appeal comes to us from the trial court's rulings on three separate motions for summary judgment filed by the parties. One of the main issues raised by Appellants, both in the trial court and on appeal, concerns the interpretation of two different contracts entitled "Covenant Not to Sue" and "Mutual Release." The record shows that these documents were entered into the record in the trial court, but only in redacted form. Likewise, much of Appellants' briefing on this issue in the trial court is redacted based upon claims of confidentiality by Appellees. Unredacted versions of all relevant briefs and documents were provided to the trial court for review and consideration, however, those documents were not made a part of the record transmitted to this Court.  Because we cannot review Appellants' claims without those documents, we remand this case to the trial court with direction to supplement the record with all unredacted versions of relevant documents and briefs. Upon supplementation of the record, the Clerk is directed to retransmit the appeal to this Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/06/2023*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*